UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DIANA L. VAIL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-544-RLY-TAB |
| | ) | |
| RAYBESTOS PRODUCTS COMPANY, | ) | |
| Defendant. | ) | |

# FINAL JUDGMENT

The court, having this day **GRANTED** Raybestos Products Company's Motion for Summary Judgment in its entirety, now enters final judgment in its favor and against the Plaintiff herein, Diana L. Vail.

**SO ORDERED** this 26th day of September 2007.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic copies to:

Matthew S. Effland
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
matthew.effland@odnss.com

Todd J. Kaiser
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
todd.kaiser@odnss.com

Ronald E. Weldy
ABRAMS & WELDY
weldy@abramsweldy.com